

1  BENJAMIN B. WAGNER
   United States Attorney
2  YASIN MOHAMMAD
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,    )   NO. 1:11-CR-00052-LJO
                                 )
12              Plaintiff,       )   EX PARTE APPLICATION AND
                                 )   [PROPOSED] ORDER TO UNSEAL
13       v.                      )   INDICTMENT AS TO DEFENDANT
                                 )   BOUNSOU VORSANE ONLY
14  BOUNSOU VORSANE,             )
                                 )
15              Defendant.       )
                                 )
16

17       COMES NOW THE UNITED STATES OF AMERICA appearing through the
18  undersigned Assistant United States Attorney and moves this
19  Honorable Court for an order unsealing the Indictment as to
20  defendant BOUNSOU VORSANE only in the above-referenced case.
21       Defendant VORSANE was arrested in the Eastern District of
22  California and will be making an appearance in this Court.  The
23  Indictment as to only defendant VORSANE needs to be unsealed and
24  provided to the court and counsel.  Unsealing the entire
25  Indictment would potentially compromise the investigation.
26       IT IS HEREBY REQUESTED that this Court order that the
27  Indictment as to only Defendant VORSANE be unsealed and
28  //

1 that a redacted copy be provided to the Court and counsel.

2 DATED: February 9, 2011

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    By: /s/ Yasin Mohammad
                                        YASIN MOHAMMAD
                                        Assistant U.S. Attorney

1 [PROPOSED] ORDER TO UNSEAL

Upon application of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment, bearing case number 1:11-CR-00052-LJO, is hereby ordered unsealed as to defendant VORSANE only and that a redacted copy be provided to the Court and counsel.

DATE: 2/9/11

_____
United States Magistrate Judge