1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BOUNSOU VORASANE

**FILED**

SEP 1 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:11-CR-00052 LJO
                                       )
12                 Plaintiff,          )   **SEALING ORDER**
                                       )
13        v.                           )
                                       )
14  BOUNSOU VORASANE,                  )   Judge:  Hon. Lawrence J. O'Neill
                                       )
15                 Defendant.          )
    _____)

16

17        GOOD CAUSE APPEARING, the Court hereby orders that specific portions of *Revised Defendant*

18  *Vorasane's Notice of Motion and Motion for Ex Parte, In Camera Hearing To Examine the Informant and*

19  *Affiant; Memorandum of Points and Authorities In Support Thereof; Declaration; Exhibits*, be filed **_under_**

20  **_seal_** until further order of the Court, as follows:

21        1. Page 3, lines 4 through 10;

22        2. Page 7, line 8, beginning with the word "However" and continuing through line 12, ending with

23  the word "garden;" and

24        3. Exhibit B.

25        **IT IS SO ORDERED.**

26        Dated: September 14, 2011

27                                              _____
                                                LAWRENCE J. O'NEILL, Judge
28                                              United States District Court

SEALING ORDER