1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BOUNSOU VORASANE

7                       IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNIFIED STATES OF AMERICA,           )  NO. 1:11-CR-00052 LJO
                                        )
11          Plaintiff,                  )  **SEALING ORDER**
                                        )
12     v.                               )
                                        )  Judge: Hon. Lawrence J. O'Neill
13 BOUNSOU VORASANE,                    )
                                        )
14          Defendant.                  )

15      GOOD CAUSE APPEARING, the Court hereby orders that specific portions of *Defendant*

16 *Bounsou Vorasane's Notice of Motion and Motion to Suppress Evidence or, Alternatively, For a Franks*

17 *And In Camera Hearing; Memorandum of Points and Authorities In Support Thereof; Declaration;*

18 *Exhibits,* be filed **_under seal_** until further order of the Court, as follows:

19      1.  Page 3, lines 11 through 18;

20      2.  Page 7, line 20, beginning with the word "The" and continuing through line 21, ending with the

21 word "informant" and

22      3.  Exhibit D.

23      Should the Government have an objection, they will be given the opportunity to voice it at the

24 upcoming hearing.

25

26

27
   IT IS SO ORDERED.
28
      Dated:    December 16, 2011            /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE