1  DANIEL J. BRODERICK
   Federal Defender
2  ANN C. McCLINTOCK
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant-Appellant
   BOUNSOU VORASANE

FILED

NOV 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | D.C. No. 1:11-cr-00052-LJO |
| Plaintiff-Appellee, | ~~PROPOSED~~ SEALING ORDER RE: NOTICE AND MOTION FOR DISCLOSURE OF UNREDACTED SEARCH WARRANT AFFIDAVIT; DECLARATION OF ANN C. McCLINTOCK |
| v. | |
| BOUNSOU VORASANE, | |
| Defendant-Appellant. | |

GOOD CAUSE APPEARING, the Court hereby orders that specific portions of Defendant's "NOTICE AND MOTION FOR DISCLOSURE OF UNREDACTED SEARCH WARRANT AFFIDAVIT; DECLARATION OF ANN C. McCLINTOCK," be filed *under seal* until further order of this Court, as follows:

1.  Page 4, beginning with line 14, after "explanation for denying the motion to suppress was to state," all of page 5, and page 6, lines 1-15 before the first full paragraph, which begins with "Given these facial problems";

2   Page 7, lines 3-4, beginning after, "But it appears that" and continuing through the end of the sentence; and

3.  Page 8, lines 10-13, beginning after "But here," and ending before "*See United States v. Depew*".

1 | IT IS SO ORDERED.
2 | Dated: November 21, 2012
3 | 
   LAWRENCE J. O'NEILL
   United States District Court Judge

2